IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| NIA WATSON, as surviving adult child | ) | |
| And next of kin of Oliver Williams | ) | |
| Deceased, and Nia Watson as anticipated | ) | |
| Administrator of the estate of | ) | |
| Oliver Williams, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| vs. | ) | |
| | ) | |
| ATLANTA FLEA MARKET, INC., d/b/a | ) | |
| PEACHTREE PEDDLERS FLEA | ) | |
| MARKET, | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **DEFENDANT'S NOTICE OF REMOVAL**

Defendant Atlanta Flea Market, Inc. d/b/a Peachtree Peddlers Flea Market files this Notice of Removal of the civil action filed by Plaintiff Nia Watson, and specially appears without waiving any defenses or immunities, to remove the action referred to herein, pursuant to 28 U.S.C.S. §1446 (2005) and F.R.C.P. 11, from the State Court of Henry County, Georgia to the United States District Court for the Northern District of Georgia, Atlanta Division.

The defendant files this Notice subject to their defenses and immunities as to process and service and all special defenses which may be raised subsequent to the filing of this Notice.

1

The defendant respectfully shows this Court the following:

1.

On April 6, 2022, Plaintiff filed a civil action in the State Court of Henry County, Georgia, titled *Nia Watson, as surviving adult child and next of kin of Oliver Watson, deceased, and Nia Watson as anticipated administrator of the Estate of Oliver Williams,* Civil Action No. STSV2022000604 (the "State Court Action"). A copy of "all process, pleadings, and orders" served upon the defendants in this action are attached as **Exhibit A**. 28 U.S.C.S. §1446 (a).

2.

Plaintiff Nia Watson is a citizen of the State of California and the decedent, Oliver Williams, was a citizen of the State of Georgia at all times relevant to this action. (See, Exhibit A, Plaintiff's Complaint, at ¶ 1).

3

At the time the Complaint was filed, and at all times since, including at the time of this Notice of Removal, Defendant Atlanta Flea Market, Inc. d/b/a Peachtree Peddlers Flea Market has been Ohio corporation with its principal place of business at 1652 Ladera Tr., Dayton Ohio. (See, **Exhibit B**, Secretary of State Filing for Atlanta Flea Market, Inc.; See also **Exhibit C**, Affidavit of Stephen G. England).

5.

2

In this case, complete diversity exists because Plaintiff is a citizen of California, the Decedent was a citizen of Georgia and the Defendant is a citizen of Ohio.

6.

As alleged in the Complaint, this is a wrongful death case involving the fatal shooting of decedent Oliver Williams for which plaintiff seeks recovery in the amount of $6,000,000.00.

Among the claimed damages are:

- Compensation for the full value of Oliver Williams's life

- Pre-death physical injury, mental anguish and pain and suffering

- Lost capacity to work and earn a living

- Disability and disfigurement

- Lost capacity to enjoy life

- Funeral expenses

- Pre-death medical expenses

(Exhibit A, Plaintiff's Complaint, at ¶¶ 36-40).

8.

In determining whether the amount in controversy exceeds $75,000.00, the Court may make "reasonable deductions, reasonable inferences, or other reasonable extrapolations" from the pleadings and other evidence to determine whether the

amount in controversy is met. *Pretka v. Kolter City Plaza II, Inc.*, 608 F.3d 744, 754 (11th Cir. 2010). The Court "need not 'suspend reality or shelve common sense in determining whether" the amount in controversy is met. *Roe v. Micheline N. Am. Inc.*, 613 F.3d 1058, 1062 (11th Cir. 2010). The Eleventh Circuit, in *Roe*, found it "facially apparent" that the amount in controversy requirement was met in a case involving wrongful death. Moreover, as the plaintiff seeks $6,000,000.00 in recovery, an amount that is well over the amount in controversy.

9.

This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 (a) because complete diversity exists between the parties and the amount in controversy exceeds $75,000.

10.

With respect to removal on the basis of diversity jurisdiction, this removal is timely because it is being filed within thirty days of the service of the complaint and summons upon the defendant. 28 U.S.C. § 1446 (b) (1).

11.

Defendants attach hereto a copy of the Notice of Filing of Removal filed in the State Court of Henry County and served upon opposing counsel, marked as **Exhibit D**.

4

13.

By service of a copy of this Notice of Removal as evidenced by the Certificate

of Service, attached, Defendant hereby gives notice of such removal to the plaintiff.

WHEREFORE, Defendants move that this Notice of Removal be filed, and

that said action be removed to and proceed in this Court, so that no further

proceedings may be had in said case in the State Court of Henry County, Georgia.

This 8th day of June, 2022.

RUTHERFORD & CHRISTIE
LLP

*/s/ Carrie L. Christie*
Carrie L. Christie, Esq.
Georgia State Bar No. 125248
*Attorney for Defendants*

285 Peachtree Center Avenue NE
Marquis II, Suite 1650
Atlanta, Georgia 30303
(404) 522-6888
info@rclawllp.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| NIA WATSON, as surviving adult child | ) | |
| And next of kin of Oliver Williams | ) | |
| Deceased, and Nia Watson as anticipated | ) | |
| Administrator of the estate of | ) | |
| Oliver Williams, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| vs. | ) | |
| | ) | |
| ATLANTA FLEA MARKET, INC., d/b/a | ) | |
| PEACHTREE PEDDLERS FLEA | ) | |
| MARKET, | ) | |
| Defendant. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this date served all parties in the above-referenced matter with a copy of the foregoing **Notice of Removal** upon all parties to this matter using the CM/ECF system which will automatically send e-mail notification or other sufficient notification of such filing to the following attorneys of record:

Arthur R. York, Esq.
The York Firm
1776 Briarcliff ROAD NE
Atlanta, GA 30306
arthur@theyorkfirm.com

This 8th day of June, 2022.

*/s/ Carrie L. Christie*_____
Carrie L. Christie
Georgia Bar No.: 125248